# EXHIBIT J

Case 6:23-cv-01278-WWB-LHP    Document 3-11    Filed 07/11/23    Page 2 of 2 PageID 116        Log In    Sign Up



dawn geary    **+ Follow**

Brooklyn

🎁  Show your appreciation with the gift of Flickr Pro

⭐  **Julia** faved this

    Add a comment

**319** views    **1** fave    **0** comments    Uploaded on April 11, 2009

ⓘ 🅢 ⊜  Some rights reserved

ⓘ  Show EXIF

Sponsored images from **iStock.**

10 free downloads. Any monthly plan. Use code: FLICKR10

Upgrade to Flickr Pro to hide these ads

This photo is in 1 album

    **Brooklyn**
    99 items

Tags ⓘ

english bulldog    bulldog

dog    brooklyn

Additional info

🔓  Viewing privacy                                    Public

✓  Safety level                                         Safe

🖼  Content type                                        Photo

ⓘ  **License History**

S    Search
◀ ▶    Photo navigation
< >    Thumbnail navigation
Z    Zoom
B    Back to context

About    Jobs    Blog    Developers    Guidelines    Help    Report abuse    Help forum    English ⌄

Privacy    Terms    Cookies                     SmugMug+Flickr. Connecting people through photography.        f  ✗  ⦿