**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JESSICA HAULTER,

      Plaintiff,

v.                                                                                  Case No:   6:23-cv-1279-WWB-LHP

DFJ VINHOS, S.A., RETAIL
SERVICES & SYSTEMS, INC., COST
PLUS WORLD MARKET, LLC and
GRAPE EXPECTATIONS, INC.,

      Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   MOTION TO WITHDRAW AS COUNSEL OF RECORD (Doc. No. 21)
>
> **FILED:**     September 1, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rules 2.02(c) and 3.01(a).

- 2 -

**DONE** and **ORDERED** in Orlando, Florida on September 12, 2023.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties