## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
#### ORLANDO DIVISION

JESSICA HAULTER,

        Plaintiff,

v.                                    Case No:   6:23-cv-1279-WWB-LHP

DFJ VINHOS, S.A., RETAIL
SERVICES & SYSTEMS, INC., COST
PLUS WORLD MARKET, LLC and
GRAPE EXPECTATIONS, INC.,

        Defendants

_____

### ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   MOTION TO WITHDRAW PLEADING (Doc. No. 27)**
>
> **FILED:        January 11, 2024**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

On October 10, 2023, Plaintiff filed a notice of settlement, and the Court dismissed the case based thereon the next day.   Doc. Nos. 23–24.   On December 11, 2023, Plaintiff filed a Motion to Set Aside Order of Dismissal with Prejudice, and

later that day filed an Amended Motion to Set Aside Order of Dismissal with Prejudice and Reopen Case, both of which remain pending.   Doc. Nos. 25, 26.

Now before the Court is Plaintiff's "Motion to Withdraw Pleading" in which Plaintiff seeks to withdraw her Amended Motion to Set Aside.   Doc. No. 27.   Upon review, the Motion to Withdraw (Doc. No. 27) is **GRANTED**, and the Clerk of Court is directed to **TERMINATE** the Amended Motion to Set Aside (Doc. No. 26). Given that the Amended Motion to Set Aside also mooted the first-filed Motion to Set Aside (Doc. No. 25) the Clerk of Court is further directed to **TERMINATE** that filing (Doc. No. 25) as a pending motion.

**DONE** and **ORDERED** in Orlando, Florida on January 16, 2024.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties